IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff, )<br>            )<br>     v. )<br>            )<br>JULIE A. TINGLER, )<br>            )<br>     Defendant. )<br>_____) | Case No. 2:10-CV-02571-FCD-KJN<br><br>**JUDGMENT** |

On January 12, 2011, the Court entered an order approving the parties' settlement agreement (the Agreement) in this case. In the Agreement, defendant Julie A. Tingler agrees to the entry of judgment against her and in favor of plaintiff United States of America.

Accordingly, it is ORDERED, ADJUDGED and DECREED that:

1. Judgment is ENTERED in favor of plaintiff United States of America and against defendant Julie A. Tingler in the amount of $280,000.00; and

2. Until the judgment is paid in full, interest shall ACCRUE at 2% interest per annum, compounded annually.

Dated: January 12, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Judgment